UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER SINNARD, *et al.*,

                 Plaintiffs,

vs.

CLARK COUNTY SOCIAL SERVICES, *et al.*,

                 Defendants.

Case No.: 2:24-cv-01715-GMN-MDC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 4), from United States Magistrate Judge Maximiliano D. Couvillier III, which recommends that Plaintiffs' case be dismissed in its entirety for failure to file new *in forma pauperis* ("IFP") applications or pay the filing fee.

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

       No objections to the R&R were filed, and the deadline to do so has passed. (*See* R&R,

ECF No.4) (setting a December 27, 2024, deadline for objections).  Nor have Plaintiffs complied with the Court's Order, (ECF No. 3), by filing new IFP applications or paying the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiffs' case is **DISMISSED** in its entirety without prejudice.  The Clerk of Court is kindly directed to close the case.

Dated this __29__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court